State v. Atkinson

STATE OF NORTH CAROLINA v. DEE D. ATKINSON

No. 49

(Filed 12 April 1972)

Criminal Law § 135— life sentence — compliance with Supreme Court order

Judgment of life imprisonment imposed by the superior court in compliance with an order of the N. C. Supreme Court is affirmed.

Justice LAKE dissenting.

APPEAL by defendant from *Tillery, J.,* November 1971 Criminal Session of WAYNE Superior Court.

State v. Atkinson

*Attorney General Robert Morgan and Deputy Attorney General Andrew A. Vanore, Jr., for the State.*

*Kornegay & Bruce by George R. Kornegay, Jr., for defendant appellant.*

MOORE, Justice.

In *State v. Atkinson,* 279 N.C. 386, 183 S.E. 2d 106, filed September 7, 1971, for the reasons there stated by Chief Justice Bobbitt, this Court remanded the cause to the Superior Court of Wayne County for the pronouncement of judgment imposing a sentence of life imprisonment. On November 3, 1971, in open court, after due notice and in the presence of defendant and his counsel, Judge Tillery pronounced judgment that defendant be imprisoned for life in the State's prison. Defendant excepted and gave notice of appeal. The questions he attempts to raise by his assignments of error on the present appeal heretofore have been decided adversely to defendant in this cause.

Judge Tillery's judgment, having been entered in strict compliance with our order of September 7, 1971, is affirmed.

Affirmed.

Justice LAKE dissenting.

I dissent for the reasons previously stated in my dissenting opinions in *State v. Hill,* 279 N.C. 371, 378, 183 S.E. 2d 97, and in the present case when heretofore remanded by this Court for the entry of the judgment now affirmed. *State v. Atkinson,* 279 N.C. 386, 183 S.E. 2d 106.